Anthony S. Petru, Esq., Cal. Bar No. 91399
petru@hmnlaw.com
Paula A. Rasmussen, Esq., Cal. Bar No. 258352
rasmussen@hmnlaw.com
Charles S. Bracewell, Esq., Cal. Bar No. 284985
bracewell@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
Westlake Building
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
DAVID GRIFFIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID GRIFFIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation; and DOES ONE THROUGH TWENTY, inclusively,<br><br>    Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES**<br><br>**Federal Employers' Liability Act 45 U.S.C. §§ 51,** *et seq.*<br><br>**DEMAND FOR JURY TRIAL** |

1
COMPLAINT

Plaintiff DAVID GRIFFIN, through undersigned counsel, complains of Defendants UNION PACIFIC RAILROAD COMPANY (hereinafter referred to as "UPRR"), a corporation, and DOES ONE through TWENTY, inclusive, and alleges as follows:

1.

Jurisdiction is conferred on this Court by 45 U.S.C. § 56 and 28 U.S.C. § 1331.

2.

Venue is proper in the Eastern District of California pursuant to 28 U.S.C. § 1391(b) as the events giving rise to this Complaint occurred in the County of Placer, State of California.

3.

At all times herein mentioned, Plaintiff DAVID GRIFFIN was a resident of the County of Placer, State of California, and was employed by Defendant UPRR as a maintenance of way foreman.

4.

At all times herein mentioned, Defendant UPRR was, and is, a common carrier by railroad in interstate commerce, conducting business in and around the County of Placer, State of California.

5.

The true names or capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as DOES ONE through TWENTY, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names; Plaintiff will amend his complaint to show such true names and capacities when the same have been ascertained. Each of the Defendant DOES was in some manner careless and negligent, or otherwise legally responsible, concerning the events and circumstances herein referred to and caused injury and damage thereby as hereinafter set forth.

6.

At all times herein mentioned, each and every Defendant was the agent, partner, servant, employer, independent contractor and/or joint venturer of each other Defendant and, at all times

HILDEBRAND, MCLEOD & NELSON, LLP
350 FRANK H. OGAWA PLAZA, 4TH FLOOR
OAKLAND, CA 94612-2006
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

herein mentioned, was acting within the course and scope of said agency, partnership, employment, contract or joint venture.

7.

On or about September 26, 2020, Defendant UPRR assigned Plaintiff to inspect its railroad tracks near Mile Post 170 at Emigrant Gap, California due to a track indication. While driving on the access road along Defendant UPRR's tracks, Plaintiff's truck slid off the road and rolled down a steep embankment, causing him injury.

8.

Defendant UPRR owed Plaintiff the duty of exercising ordinary care to provide Plaintiff with reasonably safe tools and equipment with which to work, a reasonably safe place to work, and to institute and oversee reasonably safe procedures and methods for the performance of said work.

9.

Defendant UPRR, through its employees, agents, and servants other than Plaintiff, carelessly and negligently failed in its aforesaid duties by, among other things:

a. failing to maintain the access road in a reasonably safe condition,

b. failing to block the access road following prior incidents,

c. failing to warn Plaintiff of the hazardous condition of the access road,

d. failing to maintain the signal bond wire,

e. failing to provide Plaintiff with a reasonably safe mode of transportation,

f. other acts and omissions of negligence, and violations of railroad safety statutes and regulations, which will be fully enumerated at the trial in this matter.

10.

As a result of the negligence of Defendant UPRR, Plaintiff suffered physical and emotional injuries, including injury to his back. As a further result of the negligence of Defendant UPRR, Plaintiff suffered and will continue to suffer impaired earning capacity, pain

and worry. Plaintiff has also lost, and will continue to lose, wages and benefits and has incurred and will continue to incur medical expenses.

WHEREFORE, Plaintiff prays for the following relief:

For judgment against Defendant for economic and non-economic damages in an amount to be determined at trial and for their costs and disbursements incurred herein.

DATED:  April 7, 2022                    HILDEBRAND, McLEOD & NELSON, LLP.

By:_____
CHARLES BRACEWELL
Attorneys for Plaintiff
DAVID GRIFFIN

## **DEMAND FOR TRIAL BY JURY**

Plaintiff DAVID GRIFFIN, by and through undersigned counsel, hereby demands a trial by jury on all factual issues triable.

DATED:  April 7, 2022                    HILDEBRAND, McLEOD & NELSON, LLP.

By:_____
CHARLES BRACEWELL
Attorneys for Plaintiff
DAVID GRIFFIN