1   JACOB D. FLESHER – SBN 210565
    JASON W. SCHAFF – SBN 244285
2   JEREMY J. SCHROEDER – SBN 223118
    **FLESHER SCHAFF & SCHROEDER, INC.**
3   2202 Plaza Drive
    Rocklin, CA 95765
4   Telephone: (916) 672-6558
    Facsimile:  (916) 672-6602
5
    Attorneys for defendant,
6   UNION PACIFIC RAILROAD COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                                 * * *

11   DAVID GRIFFIN,                          **CASE NO. 2:22-cv-00612-MCE-JDP**
                                             *Complaint filed: 4/7/22*
12              Plaintiff,                   *Trial Date: not set*

13       vs.

14   UNION PACIFIC RAILROAD COMPANY; a       **ANSWER TO COMPLAINT; DEMAND**
     corporation; and, DOES ONE THROUGH      **FOR JURY TRIAL**
15   TWENTY, inclusively,

16              Defendants.

17

18        Defendant, UNION PACIFIC RAILROAD COMPANY, in answer to the Complaint admits,

19   denies, and allege as follows:

20        1.    Union Pacific admits the allegations of this paragraph.

21        2.    Union Pacific admits the allegations of this paragraph.

22        3.    Union Pacific admits the allegations of this paragraph.

23        4.    Union Pacific admits the allegations of this paragraph.

24        5.    Union Pacific lacks sufficient information to admit or deny the allegations of this

25   paragraph, except that it denies that it was negligent.

26        6.    Union Pacific lacks sufficient information to admit or deny the allegations of this

27   paragraph.

28        7.    Union Pacific admits the allegations of this paragraph.

8.      This paragraph contains no allegations of fact, but instead asserts a duty which may or may not be supported by the law.

9.      Union Pacific denies the allegations of this paragraph.

10.     Union Pacific denies the allegations of this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant would show Plaintiff's alleged injuries and damages were caused, in whole or in part, by pre-existing conditions, or other contributory or concurrent conditions or factors, including events occurring prior or subsequent to the occurrence made the basis of Plaintiff's claims against this Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that any injuries sustained by Plaintiff were either wholly or in part negligently caused by persons, firms, corporations or entities other than these answering Defendant and that this negligence is either imputed to Plaintiff by reason of the relationship of said parties to Plaintiff and/or this negligence comparatively reduces the percentage of negligence, if any, by this answering Defendant.

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff may himself have been negligent in matters alleged in the Complaint and that such negligence on Plaintiff's part proximately contributed to the incident and to the damages complained of, if any there were, and that should Plaintiff recover damages, this answering Defendant are entitled to have the damages, reduced or eliminated to the extent that Plaintiff's own negligence caused or contributed to his injuries.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint and each cause of action contained in it fails to state facts sufficient to constitute a cause of action against this answering Defendant.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate his damages.

///

ANSWER TO COMPLAINT

1

### SIXTH AFFIRMATIVE DEFENSE

2

Plaintiff's claims are preempted and/or precluded by other and/or superseding federal law.

3

### SEVENTH AFFIRMATIVE DEFENSE

4

If, and to the extent that it may be entitled to further defenses of which they are presently

5

unaware, defendants reserve the right to amend this Answer to plead such additional and further

6

affirmative defenses as they become known.

7

**WHEREFORE**, UNION PACIFIC RAILROAD COMPANY prays judgment be entered that

8

plaintiff take nothing by reason of the Complaint, and that it be awarded costs of suit and for such

9

other and further relief as the court deems just and proper.

10

**Defendant, UNION PACIFIC RAILROAD COMPANY, hereby demands a jury trial.**

11

DATED:  May 3, 2022                                              **FLESHER SCHAFF & SCHROEDER, INC.**

12

*/s/  Jeremy J. Schroeder*

13

By _____
JEREMY J. SCHROEDER

14

Attorneys for Defendant,
UNION PACIFIC RAILROAD COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT