Anthony S. Petru, Esq., Cal. State Bar No.: 91399
petru@hmnlaw.com
Charles S. Bracewell, Esq., Cal. State Bar No.: 284985
bracewell@hmnlaw.com
Jessica L. Danielski, Of Counsel, Cal. State Bar No.: 308940
danielski@hmnlaw.com
HILDEBRAND, McLEOD & NELSON LLP
5335 College Ave., Suite 5A
Oakland, CA 94618
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
DAVID GRIFFIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID GRIFFIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | Case No. 2:22-cv-00612-MCE-JDP<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Upon consideration of the parties' Stipulation to Amend the Scheduling Order, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED:

All orders and deadlines outlined in the Scheduling Order dated August 9, 2023 (ECF Doc No. 11) not herein amended remain in effect. The Scheduling Order is amended as follows:

**1.    Discovery Deadlines**:

   a. Deadline to complete all non-expert discovery is: ~~December 6, 2023~~ ***March 5, 2024.***

///

///

1

**2.     Expert Witness Disclosures:**

  a.  Deadline to disclose the identity and opinions of percipient experts and retained experts is: ~~February 6, 2024~~ *May 6, 2024.*

  b.  Deadline to disclose rebuttal experts: ~~March 7, 2024~~ *June 5, 2024.*

**3.     Dispositive Motions:**

  a.  The parties shall file dispositive motions by: ~~June 4, 2024~~ *September 3, 2024.*

**4.     Trial Setting:**

  a.  The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

IT IS SO ORDERED.

Dated:  December 1, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE