1  Anthony S. Petru, Esq., Cal. State Bar No.: 91399
   petru@hmnlaw.com
2  Charles S. Bracewell, Esq., Cal. State Bar No.: 284985
   bracewell@hmnlaw.com
3  Jessica L. Danielski, Of Counsel, Cal. State Bar No.: 308940
   danielski@hmnlaw.com
4  HILDEBRAND, McLEOD & NELSON LLP
   5335 College Ave., Suite 5A
5  Oakland, CA 94618
   TEL:   (510) 451-6732
6  FAX:   (510) 465-7023

7  Attorneys for Plaintiff
   DAVID GRIFFIN
8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                 SACRAMENTO DIVISION

12  DAVID GRIFFIN,                    )  Case No. 2:22-cv-00612-MCE-JDP
                                      )
13            Plaintiff,              )  **ORDER AMENDING SCHEDULING**
                                      )  **ORDER**
14  vs.                               )
                                      )
15  UNION PACIFIC RAILROAD            )
    COMPANY,                          )
16                                    )
              Defendant.              )
17  _____ )

18

19      Upon consideration of the parties' Stipulation to Amend the Scheduling Order, and good

20  cause appearing, the Court orders as follows:

21      IT IS HEREBY ORDERED:

22      All orders and deadlines outlined in the Scheduling Order dated December 1, 2023 (ECF

23  Doc No.: 13) not herein amended remain in effect. The Scheduling Order is amended as

24  follows:

25  ///

26  ///

27  ///

28  ///

                                    1

HILDEBRAND, McLEOD & NELSON, LLP
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

1.  **Discovery Deadlines**:

  a.   Deadline to complete all non-expert discovery is: April 4, 2024**.**

IT IS SO ORDERED.


Dated:  March 6, 2024

            _____

            MORRISON C. ENGLAND, JR
            SENIOR UNITED STATES DISTRICT JUDGE

**HILDEBRAND, MCLEOD & NELSON, LLP**
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

2

Order Amending Scheduling Order
Case No. 2:22-CV-00612-MCE-JDP