Anthony S. Petru, Esq., Cal. State Bar No.: 91399
petru@hmnlaw.com
Charles S. Bracewell, Esq., Cal. State Bar No.: 284985
bracewell@hmnlaw.com
Jessica L. Danielski, Of Counsel, Cal. State Bar No.: 308940
danielski@hmnlaw.com
HILDEBRAND, McLEOD & NELSON LLP
5335 College Ave., Suite 5A
Oakland, CA 94618
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
DAVID GRIFFIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID GRIFFIN,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | Case No. 2:22-CV-00612-MCE-JDP<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

      Plaintiff David Griffin ("Plaintiff"), and Defendant Union Pacific Railroad Company ("Defendant"), by and through counsel undersigned, hereby stipulate to request that this Court enter an Order extending the deadlines in the current Scheduling Order. A proposed Amended Scheduling Order is filed concurrently herewith.

      In support of this Stipulation, the parties state that good cause exists to extend the deadlines below because the parties are actively engaged in completing expert discovery and require additional time to complete expert depositions and serve rebuttal disclosures. The parties have worked cooperatively to complete expert discovery, but conflicting calendar obligations of the parties and experts necessitate additional time.

There is no current trial date set, and this is the parties' fourth request to amend the Scheduling Order.

Accordingly, the parties request extending the remaining expert deadlines as follows:

1. **Expert Witness Disclosures:**

    a. Deadline to disclose rebuttal experts: ~~June 5, 2024~~ *July 17, 2024*.

    b. Expert depositions: *August 15, 2024*.

2. **Dispositive Motions:**

    a. The parties shall file dispositive motions by: ~~September 2, 2024~~ *October 1, 2024*.

3. **Trial Setting:**

    a. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

DATED:  May 28, 2024          HILDEBRAND, McLEOD & NELSON LLP

By:  */s/ Charles Bracewell*
     CHARLES BRACEWELL, Attorney for Plaintiff

DATED:  May 28, 2024          SCHROEDER, SCHAFF & LOW, INC.

By:  */s/ Jeremy Schroeder*
     JEREMY SCHROEDER, Attorney for Defendant

HILDEBRAND, MCLEOD & NELSON, LLP
5335 COLLEGE AVE., SUITE 5A
OAKLAND, CA 94618
TELEPHONE: (510) 451-6732
FACSIMILE: (510) 465-7023

# ORDER

Upon consideration of the parties' Joint Stipulation to Amend the Scheduling Order, the Court orders and scheduling order is amended as follows:

**1. Expert Witness Disclosures:**

    a. Deadline to disclose rebuttal experts: ***July 17, 2024***.

    b. Expert depositions: ***August 15, 2024***.

**2. Dispositive Motions:**

    a. The parties shall file dispositive motions by: ***October 1, 2024***.

**3. Trial Setting:**

    a. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

IT IS SO ORDERED.

Dated: May 31, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE